# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ISSAC BOUADANA and SOLOUGE BOUADANA | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| JUAN C. DIAZ-CASAMAYOR, et al.<br>Defendants.<br>And | )<br>)<br>)<br>)<br>)<br>) |
| | ) Case No. 6:16-cv-03103<br>) |
| FLAT RATE LONG DISTANCE, INC. a/k/a FLAT RATE MOVING & STORAGE, INC., | )<br>)<br>**)**<br>**)** |
| Third-Party Plaintiff | )<br>) |
| v. | **)**<br>**)** |
| SHAY EXPRESS, LLC and LIAT BOHADANA CASTElL, as Administrator and Prosequendum for The ESTATE OF SHAY BOHADANA, | )<br>**)**<br>)<br>)<br>**)** |
| Third-Party Defendant. | **)** |

## CLERK'S ORDER OF DISMISSAL

On the 29TH day of March, 2016, the plaintiff's filed a Dismissal With Prejudice against Defendants Flat Rate Long Distance, Inc., a/k/a Flat Rate Moving & Storage, Inc. and Juan C. Diaz-Casamayor pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. On March 30, 2017, Third-Party Plaintiff Flat Rate Long Distance, Inc., filed Third-Party Plaintiff's Dismissal With Prejudice against Third-Party Defendants Shay Express, LLC and Liat Bohadana Casteil, as Administrator Prosequendum for the Estate of Shay Bohadana pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint and Third-Party Plaintiff's Complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 3/30/2017